**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:     In re Reginald Willis and Allied Aviation Fueling Company of
                         Houston, Inc.

Appellate case number:   01-21-00208-CV

Trial court case number: 2019-81830

Trial court:             270th District Court of Harris County

      Relators, Reginald Willis and Allied Aviation Fueling Company of Houston, Inc., have filed a petition for writ of mandamus and a motion for emergency relief asking that the Court issue an order staying the trial, set for May 17, 2021, and all other proceedings, including a trial docket call set for Monday, May 3, at 10:00 a.m.  Today, relators filed a supplemental motion for emergency relief asking to stay the trial setting and an emergency hearing set this afternoon at 3:45 p.m.

      The Court declines to stay the hearing set for this afternoon at 3:45 p.m. and thus, the supplemental motion for emergency relief is denied.  Relators' original motion for emergency relief remains pending at this time.

      It is so ORDERED.


Judge's signature:  _____Justice Richard Hightower_____
                         ☐ Acting individually    ☑ Acting for the Court

Panel consists of Justices Kelly, Landau, and Hightower.

Date:  __May 3, 2021_____